UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.
                                Case No. 12-cr-45-01-SM

Jon Hagstrom,
    Defendant

O R D E R

Defendant Hagstrom's Assented-to Motion to Continue the final pretrial conference and trial to a date no earlier than May 14, 2013 (document no. 23). Trial has been rescheduled for the month of May 2013. Defendant Hagstrom shall file a waiver of speedy trial rights on December 24, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 3, 2013 at 10:30 a.m.

Jury selection will take place on May 21, 2013 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                        U.S. District Judge

December 17, 2012

cc:    David E. Kenner, Esq.
       Brett A. Greenfield,
       Michael Ramsdell, Esq.
       Debra Walsh,  AUSA
       U.S. Marshal
       U.S. Probation