UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
        Plaintiff

          v.
                                    Case No.  12-cr-45-01-SM

<u>Jon Hagstrom</u>,
        Defendant

                              <u>O R D E R</u>


     Defendant Hagstrom's Assented-to Motion to Continue the
final pretrial conference and trial to a date no earlier than
May 14, 2013 (document no. 23) is granted.   Trial has been
rescheduled for the month of May 2013.  Defendant Hagstrom shall
file a waiver of speedy trial rights on December 24, 2012.

     The Court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B),
in that failure to grant a continuance would unreasonably deny
the defendant the reasonable time necessary for effective
preparation taking into account the exercise of due diligence
under the circumstances.

     Final Pretrial Conference is rescheduled for May 3, 2013 at
10:30 a.m.

     Jury selection will take place on May 21, 2013 at
9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                              U.S. District Judge

December 17, 2012

cc:    David E. Kenner, Esq.
       Brett A. Greenfield,
       Michael Ramsdell, Esq.
       Debra Walsh, AUSA
       U.S. Marshal
       U.S. Probation