UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

        v.
                                        Case No.  12-cr-45-01-SM

Jon Hagstrom,
        Defendant

                        O R D E R

        Defendant Hagstrom's Assented-to Motion to Continue the
final pretrial conference and trial to October 16, 2013(document
no. 44) is granted.   Trial has been rescheduled for the month
of October 2013.  Defendant Hagstrom shall file a waiver of
speedy trial rights on April 11, 2013.

        The Court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B),
in that failure to grant a continuance would unreasonably deny
the defendant the reasonable time necessary for effective
preparation taking into account the exercise of due diligence
under the circumstances.

        Final Pretrial Conference is rescheduled for October 4,
2013 at 11:00 a.m.

        Jury selection will take place on October 16, 2013, at
9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

April 1, 2013

cc: David E. Kenner, Esq.
Brett A. Greenfield, Esq.
Michael Ramsdell, Esq.
Debra Walsh, AUSA
U.S. Marshal
U.S. Probation